IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHARITY HALL,**

      **Plaintiff,**

**v.**

**DG RETAIL, LLC,** *d/b/a* **DOLLAR GENERAL,**

      **Defendant.**

Case No. 23-CV-01322-SPM

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of December 5, 2025 (Doc. 13), Judgment is entered in favor of Defendant DG Retail, LLC, and against Plaintiff Charity Hall.

    **IT IS SO ORDERED.**

    **DATED: December 5, 2025**

                                  **MONICA A. STUMP,**
                                  **Clerk of Court**

                              **By:** *s/ Jackie Muckensturm*
                                  **Deputy Clerk**


**APPROVED:** *s/ Stephen P. Mc*Glynn
                **STEPHEN P. MCGLYNN**
                **U.S. District Judge**